UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA LINDSAY LEE,

                              Plaintiff,

                    -against-

ANDREW YANG; FRIENDS OF ANDREW
YANG,

                              Defendants.

21-CV-7934 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

        Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

        The Clerk of Court is directed to issue summonses as to Defendants Andrew Yang and

Friends of Andrew Yang. Plaintiff is directed to serve the summons and complaint on each

Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has

not either served Defendants or requested an extension of time to do so, the Court may dismiss

the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for

failure to prosecute.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an

information package.

SO ORDERED.

Dated:    October 7, 2021
          New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE