```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
ERICA LEE,                                                    :
                                          Plaintiff,          :
                                                              :    21 Civ. 7934 (LGS)
               -against-                                      :
                                                              :         ORDER
ANDREW YANG, et al.,                                          :
                                          Defendants.         :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for January 26, 2022.  (Dkt. No. 19.)

WHEREAS, on January 13, 2022, Plaintiff, proceeding pro se, obtained a Clerk's Certificate of Default as to Defendants Andrew Yang and Friends of Andrew Yang.  (Dkt. No. 23.)  It is hereby

**ORDERED** that the **January 26, 2022** conference is **CANCELLED**.  It is further

**ORDERED** that Defendants show cause before the Honorable Lorna G. Schofield at conference line 888-363-4749, access code 558-3333 on **February 16, 2022, at 4:10 p.m.**, why a default judgment should not be entered in favor of Plaintiff.  It is further

**ORDERED** that, by **February 2, 2022**, Plaintiff shall file materials in further support of her default judgment motion, pursuant to Attachment A of the Honorable Lorna G. Schofield's Individual Rules and Practice for Civil Cases, available at:  https://www.nysd.uscourts.gov/hon-lorna-g-schofield.  It is further

**ORDERED** that, by **February 7, 2022**, Plaintiff shall provide, by Federal Express or other overnight delivery, and by email, Defendants with a copy of this Order and any materials filed in support of Plaintiff's default judgment motion and shall file letter with the Court stating

that such mailing occurred, on what date mailing occurred and to what address(es) the materials were mailed. It is further

**ORDERED** that, by **February 11, 2022**, Defendants shall file any response.

Defendants are advised that failure to respond to the Order to Show Cause may be grounds for granting a default judgment against them.

Dated: January 19, 2022
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**