UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERICA LEE,
                            Plaintiff,    :    21 Civ. 7934 (LGS)

           -against-    :    <u>ORDER</u>

ANDREW YANG, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on February 23, 2022, to address Plaintiff's motion for default judgment and Defendants' motion to set aside the Clerk's Certificate of Default. It is hereby

    **ORDERED** that, for the reasons stated at the conference, good cause exists to set aside the entry of default. *See* Fed. R. Civ. P. 55(c); *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 96 (2d Cir. 1993). It is further

    **ORDERED** that, by **March 23, 2022**, Plaintiff shall file a letter stating that she will be proceeding pro se or Plaintiff's counsel shall file any notice(s) of appearance. It is further

    **ORDERED** that, by **March 23, 2022**, Defendants shall file any pre-motion letter in anticipation of a motion to dismiss pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED** that, by **April 13, 2022**, Plaintiff shall either file a response to Defendants' letter or file an amended complaint. It is further

    **ORDERED** that discovery is **STAYED** pending a decision on Defendants' proposed motion to dismiss.

Dated: February 24, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE