

**White, Hilferty & Albanese**
Employment Attorneys

**Samantha E. Hudler,** *Associate*
Hudler@NYCJobAttorney.com
Direct: 917 565 8763

May 3, 2022

**Via ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Square, Courtroom 1106
New York, NY 10007

    **Re:**    *Lee v. Yang, et al.*
              **Case No.: 1:21-cv-07934 (LGS)**

Dear Judge Shofield:

    This firm represents Plaintiff Erica Lee in the above-referenced case. Pursuant to Your Honor's Order dated April 11, 2022, Plaintiff filed an Amended Complaint on April 29, 2022. However, on May 2, 2022, we received a deficiency notice from the Court directing Plaintiff to refile the Amended Complaint with either the Court's leave or consent from Defendants.

    Please be advised that counsel for Defendants consent to Plaintiff's request to refile the attached Amended Complaint today, May 3, 2022.

    Thank you in advance for your consideration and attention to this matter.

                                      Respectfully submitted,

                                      Samantha E. Hudler

cc:    Qian Shen, Esq. (*via ECF*)
        Holland & Knight LLP
        *Attorneys for Defendants*

845 Third Avenue, Sixth Floor, New York, New York 10022 | Main: 646 690 8881 | Fax: 646 690 8881 | www.NYCJobAttorney.com