UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ERICA LEE,
                             Plaintiff,                21 Civ. 7934 (LGS)

        -against-                                   ORDER

ANDREW YANG, et al.,
                             Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Opinion and Order issued January 26, 2023, granted a motion to dismiss the First Amended Complaint. The Opinion and Order directed Plaintiff to file a letter motion attaching a proposed Second Amended Complaint, if she wished to replead a failure to hire claim no later than February 3, 2023.

      WHEREAS, no such letter has been filed. It is hereby

      **ORDERED** that all claims are dismissed. The Clerk of Court is respectfully directed to terminate the case.

Dated: February 9, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE